**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Warner Bros. Records Inc., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG Recordings, Inc., a Delaware corporation; Arista Records LLC, a Delaware limited liability company; and BMG Music, a New York general partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>Gina Garcia,<br><br>    Defendant. | Case No.: 2:06-cv-01774-PHX-SMM<br><br>DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

Pending before the Court is Plaintiffs' Motion For Entry of Default Judgment. (Dkt. 9.)  Good cause appearing therefore,

**IT IS HEREBY ORDERED and ADJUDGED** that:

1. Plaintiffs' Motion for the Entry of Judgment by Default is **GRANTED**. (Dkt. 9.)

2. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal

1 sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2     3.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four
3 Hundred Twenty Dollars ($ 420.00).

4     4.    Defendant shall be and hereby is enjoined from directly or indirectly
5 infringing Plaintiffs' rights under federal or state law in the following copyrighted sound
6 recordings:

- "Black Balloon," on album "Dizzy Up the Girl," by artist "Goo Goo Dolls" (SR# 246-538);
- "Taking You Home," on album "Inside Job," by artist "Don Henley" (SR# 281-993);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "Sunday Bloody Sunday," on album "War," by artist "U2" (SR# 42-944);
- "I'm On Fire," on album "Born In The U.S.A.," by artist "Bruce Springsteen" (SR# 55-647);
- "U Remind Me," on album "8701," by artist "Usher" (SR# 307-207);
- "You Won't Ever Be Lonely," on album "You Won' t Ever Be Lonely," by artist "Andy Griggs" (SR# 264-271);

20 and in any other sound recording, whether now in existence or later created, that is
21 owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of
22 Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or
23 any online media distribution system to reproduce (i.e., download) any of Plaintiffs'
24 Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of

1  Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful
2  license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of
3  Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or
4  server without Plaintiffs' authorization and shall destroy all copies of those downloaded
5  recordings transferred onto any physical medium or device in Defendant's possession,
6  custody, or control.
7       DATED this 22nd day of January, 2007.

_____
Stephen M. McNamee
United States District Judge